■ In the Matter of the Arbitration between LITTLE BAY CONSTRUCTION CORPORATION, Appellant, and CLEARVIEW GARDENS FIRST CORPORATION et al., Respondents.—Appeal from an order denying appellant's motion to compel arbitration, pursuant to section 1450 of the Civil Practice Act. Order affirmed, with $10 costs and disbursements. (See *Clearview Gardens First Corp.* v. *Little Bay Constr. Corp.,* 4 A D 2d 875.) Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.

■ FRANCES KOHN, Respondent, v. ROCKAWAY CREST SECTION No. I, INC., et al., Appellants.— In an action to recover damages for personal injuries the appeal is from so much of an order as directs appellants to produce certain designated employees for examination before trial. Order affirmed, with $10 costs and disbursements. Appellants' failure to move to vacate or modify the notice of examination entitles respondent to the examination in accordance with the notice (Civ. Prac. Act, § 291). Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.

■ JOHN KOKOTOWSKI, Appellant, v. CITY OF NEW YORK, Defendant, and NATIONAL LEAGUE BASEBALL CLUB OF BOSTON, Doing Business under the Name of the BOSTON BRAVES, Respondent.—In an action to recover damages for personal injuries, the appeal is from a judgment insofar as it dismisses the complaint against respondent at the close of the entire case. Judgment insofar as appealed from unanimously affirmed, with costs. No opinion. Present— Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ MAE F. LATKA, as Administratrix of the Estate of JOHN A. LATKA, Deceased, Respondent, v. HERBERT KATSCHER et al., Appellants.— In an action to recover damages for wrongful death and conscious pain and suffering, the appeal is from a judgment entered on the verdict of a jury in favor of respondent. Judgment unanimously affirmed, with costs. Present—Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ POSILLICO CONSTRUCTION COMPANY, INC., Plaintiff, v. VALEX CORP., Defendant. POSILLICO CONSTRUCTION COMPANY, INC., Appellant, v. WORTMANN & SONS, INC., Respondent.— An action against a subcontractor to recover a balance due for work, labor and services and for other relief, was consolidated with an action against respondent, the general contractor, to recover the same balance under an agreement guaranteeing payment thereof. The appeal is from so much of an order and judgment (one paper) as denied appellant's motion for summary judgment striking out respondent's answer. Order and judgment insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLO BARACCO, Appellant.—Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, adjudging appellant to be a youthful offender, suspending sentence and placing him on probation, and from such sentence. Judgment affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed upon the appeal from the judgment. Nolan, P. J., Wenzel, Beldock and Kleinfeld, JJ., concur; Murphy, J., dissents and votes to reverse the judgment and to dismiss the information with the following memorandum: The complainant goaded appellant into striking her. She was looking for trouble and her insolent remarks humiliated him, held him up to riducule and provoked his misconduct.